1  Sheila M. Salomon, SBN 164619
   Andrew L. Chang, SBN 222309
2  SHOOK, HARDY & BACON L.L.P.
   333 Bush Street, Suite 600
3  San Francisco, California 94104-2828
   Telephone:   (415) 544-1900
4  Facsimile:   (415) 391-0281
   ssalomon@shb.com, achang@shb.com
5
   Attorneys for Plaintiffs
6  SONY BMG MUSIC ENTERTAINMENT; BMG
   MUSIC; ELEKTRA ENTERTAINMENT
7  GROUP INC.; VIRGIN RECORDS AMERICA,
   INC.; and ARISTA RECORDS LLC
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>            Plaintiffs,<br>  v.<br><br>GREG GALATOLO,<br><br>            Defendant. | Case No.: C 05-01741 JL<br><br>**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiffs hereby respectfully request that this Court continue the Case Management Conference scheduled for August 31, 2005 at 10:30 a.m. to November 2, 2005. Plaintiffs have been in sporadic contact with Defendant, who has failed to timely file a response to Plaintiffs' complaint after Defendant's counsel requested and Plaintiffs agreed to an extension to respond by July 6, 2005. No further extension was requested or offered. Plaintiffs are currently attempting to determine whether Defendant continues to be represented by counsel and whether default proceedings should be commenced. For these reasons, a case management conference would be premature at this time.

Dated: August 24, 2005

SHOOK, HARDY & BACON L.L.P.

By: _____/s/ Andrew L. Chang_____
       ANDREW L. CHANG

Attorneys for Plaintiffs
SONY BMG MUSIC ENTERTAINMENT; BMG MUSIC; ELEKTRA ENTERTAINMENT GROUP INC.; VIRGIN RECORDS AMERICA, INC.; and ARISTA RECORDS LLC

## ORDER

It is hereby ordered that the case management conference previously set for August 31, 2005 is continued to November 2, 2005 at 10:30 a.m.

SO ORDERED.

Dated: August 29, 2005



UNITED STATES MAGISTRATE JUDGE
JAMES L. LARSON

2

EX PARTE APPLICATION TO CONTINUE
CASE MANAGEMENT CONFERENCE
CASE NO. C05-01741 JL

91709v1